JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kathleen Makowka

## DEFENDANTS

PrimeFlight Aviation Services, Inc.

**(b)** County of Residence of First Listed Plaintiff  Chester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Delaware/Texas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John Neumann Hickey, Esq./Law Office of John
Neumann Hickey, 20 W. Front Street, Media, PA 19063
610-891-8883

Attorneys *(If Known)*
Nathan Bohlander, Esq./Morgan & Akins, PLLC
30 S. 15th Street, Suite 701, Philadelphia, PA 19102
215-305-8223

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine / Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / Liability | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | / **PERSONAL PROPERTY** | **LABOR** | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | Protection Act |
| ☒ 195 Contract Product Liability | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Product Liability / ☐ 380 Other Personal | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| | ☒ 360 Other Personal / Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | Injury / ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 362 Personal Injury - / Product Liability | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | Medical Malpractice / | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights / **Habeas Corpus:** | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 240 Torts to Land | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 443 Housing/ / Sentence | | 26 USC 7609 | Act/Review or Appeal of |
| | Accommodations / ☐ 530 General | | | Agency Decision |
| | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of |
| | Employment / **Other:** | ☐ 462 Naturalization Application | | State Statutes |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other / ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - | | | |
| | / Conditions of | | | |
| | / Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C §§ 1332 and 1441

Brief description of cause:
Personal injury action between diverse parties

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
March 2, 2021

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Kathleen Makowka | : | CIVIL ACTION |
| | : | |
| v. | : | |
| PrimeFlight Aviation Services, Inc. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          (X)

| | | |
|---|---|---|
| 03/02/2021 | Nathan Bohlander, Esquire | PrimeFlight Aviation Services, Inc. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-305-8223 | 215-600-1303 | nbohlander@morganakins.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 113 Schilling Avenue, Malvern, PA 19355 _____

Address of Defendant: _____ Three Sugar Creek Center, Suite 450, Sugar Land, TX 77478 _____

Place of Accident, Incident or Transaction: _____ Philadelphia International Airport, 8000 Essington Ave, Philadelphia, PA 19153 _____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 03/02/2021 _____  _____ *Attorney-at-Law / Pro Se Plaintiff*  312509 _____ *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.  Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☑ 6. Other Personal Injury *(Please specify):* Alleged assault
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**

*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _____  _____ Sign here if applicable  _____
*Attorney-at-Law / Pro Se Plaintiff*  *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN MAKOWKA** | : |
| | : |
| | :     **CIVIL ACTION** |
| **V.** | : |
| | : |
| | :     **NO:** |
| **PRIMEFLIGHT AVIATION** | : |
| **SERVICES, INC.** | : |
| | : |
| | : |

### NOTICE OF REMOVAL OF DEFENDANT,
### PRIMEFLIGHT AVIATION SERVICES, INC.

Defendant, PrimeFlight Aviation Services, Inc. (hereinafter "Removing Defendant"), by and through its attorneys, Morgan & Akins, PLLC, via this Notice of Removal (hereinafter "Notice") hereby removes the above-captioned action from the Court of Common Pleas of Philadelphia County, Trial Division, Civil, No. 201001749, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332 and 1441, and in support thereof states as follows:

### Notice Timely Filed

1.     Plaintiff commenced the above-referenced action by the filing of a Complaint (hereinafter "Complaint") on February 16, 2021.  (A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A.")

2.     This Notice is timely because it is filed within thirty (30) days of Removing Defendant's receipt of a "pleading, motion, order or other paper from which it may first be ascertained" that the action is removable. 28 U.S.C §1446(b).  (*See* Exhibit "A")

3.     The Complaint was filed on February 16, 2021.  (*See* Exhibit "A")

5.      As such, pursuant to 28 U.S.C §1446(b), the parties' initial deadline for removal is March 18, 2021, and this Notice is timely filed.

## Diversity of Citizenship

6.      As set forth more fully below, complete diversity of citizenship exists between Plaintiff (Pennsylvania) and Removing Defendant (Delaware and Texas).

7.      "A natural person is deemed to be a citizen of the state where he is domiciled." *Swiger v. Allegheny Energy, Inc.*, 540 F.3d 179, 182 (3d Cir. 2008).

8.      Likewise, a "corporation is a citizen both of the state where it is incorporated and of the state where it has its principal place of business." *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 419 (3d Cir. 2010); *see* 28 U.S.C. § 1332(c)(1).

9.      At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Plaintiff, Kathleen Makowka, is a citizen of Pennsylvania, as her domicile is in Malvern, PA.  (*See* Exhibit "A.")

10.      At the time Plaintiff's Complaint was filed, as well as the time this Notice is being filed, Removing Defendant was and is incorporated in the State of Delaware with its principal place of business in Texas.  (A true and correct copy of Removing Defendant's business details is attached hereto as Exhibit "B.")

## Amount in Controversy

11.      The amount in controversy in the instant matter exceeds Seventy-Five Thousand dollars ($75,000.00), exclusive of interest and costs.

12.      In her Complaint, Plaintiff alleges that she suffered injuries, including a "chipped clavicle," causing her "great pain," "severe physical pain," and "extreme pain." (*See* Exhibit "A.")

13.     Plaintiff alleges that, as a result of the subject incident, she was "in shock" and suffered "severe emotional distress." (*See* Exhibit "A.")

14.     Plaintiff alleges that, due to the foregoing mental/emotional and physical injuries, she "has sustained, and will continue to sustain[,] pain and suffering [and] impairment of functions." (*See* Exhibit "A.")

15.     Plaintiff alleges that, as a result of the subject incident, she has incurred "expenses for medication and medical attention" and "los[t] earnings and earning capacity." (*See* Exhibit "A.")

16.      To the best of Removing Defendant's knowledge, at the time of the subject incident, as well as at present, Plaintiff was and is a Senior Marketing Leader at a multinational biopharmaceutical company.   (A true and correct copy of Plaintiff's LinkedIn page is attached hereto as Exhibit "C.")

17.     Given the foregoing, to the best of Removing Defendant's knowledge, Plaintiff's claimed past wage loss and future loss of earning capacity will be substantial.

18.     Accordingly, considering Plaintiff's alleged physical pain and suffering, emotional distress, impairment of bodily functions, medical expenses, and loss of past wages and future earning capacity, the amount in controversy meets the requirement of 28 U.S.C. §1332(a).

<u>**Conclusion**</u>

19.     As Plaintiff and Removing Defendant are citizens of different states, and as the amount in controversy in this case is in excess of $75,000, this Court may exercise jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1).

20.     This action may be removed to this Court by the Removing Defendant pursuant to 28 U.S.C. §1441(a), in that this case was initially brought in a state court within the geographical

area of the Eastern District of Pennsylvania.  Resultantly, this Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

21.     Removing Defendant has given written notice of the filing of this Notice pursuant to 28 U.S.C. §1446(d), by filing this Notice with the Court of Common Pleas of Philadelphia County and by giving written notice to counsel for Plaintiff.

22.     All pleadings, process, orders and other filings in the State Court action are attached to this Notice as required by 28 U.S.C. §1441(a).

**WHEREFORE**, Defendant, PrimeFlight Aviation Services, Inc., by and through its attorneys, Morgan & Akins, PLLC, via this Notice of Removal, hereby removes the above-captioned action from the Court of Common Pleas of Philadelphia County, Trial Division, Civil, No. 201001749, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332 and 1441.

Respectfully submitted,

**MORGAN & AKINS, PLLC**

BY:     /s/Nathan R. Bohlander
PATRICIA J. BAXTER (PA# 83683)
NATHAN R. BOHLANDER (PA# 312509)
The Graham Building
30 S. 15th Street, Suite 701
Philadelphia, PA 19102
(215) 305-8223
pbaxter@morganakins.com
nbohlander@morganakins.com
*Attorneys for Defendant, PrimeFlight*
*Aviation Services, Inc.*

Dated: <u>March 2, 2021</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHLEEN MAKOWKA | : | |
| | : | |
| | : | CIVIL ACTION |
| V. | : | |
| | : | |
| | : | NO: |
| PRIMEFLIGHT AVIATION | : | |
| SERVICES, INC. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

     I hereby certify that on March 2, 2021, a copy of the foregoing Notice of Removal was

mailed first-class, postage prepaid, to all counsel of record at the following addresses:

John Neumann Hickey, Esquire
Law Office of John Neumann Hickey
20 West Front Street
Media, PA 19063
*Counsel for Plaintiff, Kathleen Makowka*

**MORGAN & AKINS, PLLC**

              **BY:**   */s/ Nathan R. Bohlander*
                      PATRICIA J. BAXTER (PA# 83683)
                      NATHAN R. BOHLANDER (PA# 312509)
                      The Graham Building
                      30 S. 15th Street, Suite 701
                      Philadelphia, PA 19102
                      (215) 305-8223
                      pbaxter@morganakins.com
                      nbohlander@morganakins.com
                      *Attorneys for Defendant, PrimeFlight*
                      *Aviation Services, Inc.*

Dated: <u>March 2, 2021</u>

EXHIBIT A

LAW OFFICE OF JOHN NEUMANN HICKEY
BY: JOHN NEUMANN HICKEY, ESQUIRE
ATTORNEY ID 61896
20 WEST FRONT STREET
MEDIA, PA 19063
610-891-8883
JNH@HICKEYLAW.NET



*Filed and Attested by the Office of Judicial Records 16 FEB 2021 10:32 am M. RUSSO*

Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| KATHLEEN MAKOWA | : | |
| 113 SHILLING AVE | : | Jury Trial Demanded |
| MALVERN PA 19355 | : | No. 201001749 |
| Plaintiffs, | : | |
| v. | : | |
| PRIMEFLIGHT AVIATION SERVICES, INC | : | |
| THREE SUGAR CREEK CENTER | : | |
| SUITE 450 | : | |
| SUGAR LAND, TX 77478 | : | |
| Defendant, | : | |

## NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

LAWYERS REFERENCE SERVICE
Philadelphia Bar Association,
1101 Market St,
Philadelphia, PA 19107
(215) 238-6333

## AVISO

La han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defenses o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas puede continuar la demanda en contra suya previo aviso o notificacion. Ademas, la corte puede 7equire a favor del demandante y 7equire que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

*Lieva esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

LAWYERS REFERENCE SERVICE
Philadelphia Bar Association,
1101 Market St,
Philadelphia, PA 19107
(215) 238-6333

LAW OFFICE OF JOHN NEUMANN HICKEY
BY: JOHN NEUMANN HICKEY, ESQUIRE
ATTORNEY ID 61896
20 WEST FRONT STREET
MEDIA, PA 19063
610-891-8883
JNH@HICKEYLAW.NET                                        Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION


KATHLEEN MAKOWKA                          :
113 SHILLING AVE                          :        Jury Trial Demanded
MALVERN PA 19355                          :        No. 201001749
                        Plaintiffs,       :
            v.                            :
PRIMEFLIGHT AVIATION SERVICES, INC        :
THREE SUGAR CREEK CENTER                  :
SUITE 450                                 :
SUGAR LAND, TX 77478                      :
                        Defendant,        :


## **COMPLAINT**

   Plaintiff Kathleen Makowka, by and through their attorney, John Neumann Hickey, Esq.,

file the following Complaint, against the above-named defendants upon the following averments

of fact:

1. Plaintiff Kathleen Makowka is an adult individual residing at 113 Shilling Ave, Malvern,

   PA 19355.

2. The Defendant, PrimeFlight Aviation Services, Inc., is a business corporation located at

   Three Sugar Creek Center, Suite 450, Sugar Land, TX 77478.

3. This action arises from an incident on July 6, 2020 approximately between the hours of

   7:00pm through 9:00pm at the American Airlines Baggage Claim Office, Terminal F,

   Philadelphia International Airport.

4. On July 6, 2020 Plaintiff was at the baggage claim office trying to locate her bag after her flight had been canceled.

5. An employee of the Defendant, Revonna Murray, was asked questions by Plaintiff regarding the location of her bag.

6. Revonna Murray is an agent of the Defendant, acting within the course and scope of her employment with the Defendant.

7. Defendant, by and through their agent, became hostile and was yelling at Plaintiff.

8. Defendant, by and through their agent, left her spot behind the desk, moved around the desk, and proceeded to physically attack Plaintiff, hitting Plaintiff at least one time with 2 fists.

9. As a result, Plaintiff suffered injuries causing her great pain. She was injured, in shock and scared. Plaintiff left the scene after the attack due to fear and pain. She saw a police officer enter the baggage terminal, Plaintiff was still in shock and out of breath. Unable to use her voice to get the officers attention, she waived an officer down and made a report.

10. As a further result, Defendant has caused plaintiff to incur expenses for necessary and reasonable medical treatment.

11. As a further result, Plaintiff has suffered, and will continue to suffer severe physical pain, mental anguish, embarrassment, humiliation, and other incidental costs.

## CLAIM I – ASSAULT

12. Plaintiff incorporates here by reference all averments of this Complaint.

13. Defendant, by and through an agent, intended to cause an imminent apprehension of a harmful and/or offensive bodily contact.

14. As a result of Defendant's actions, harmful and offensive bodily contact occurred.

WHEREFORE, Plaintiff prays judgment in excess of $50,000.00

## CLAIM II – BATTERY

15. Plaintiff incorporates here by reference all averments of this complaint.

16. Defendant, by and through an agent, intended to cause harmful and/or offensive contact with Plaintiff.

17. As a direct result, harmful and offensive contact occurred.

WHEREFORE, Plaintiff prays judgment in excess of $50,000.00

## CLAIM III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18. Plaintiff incorporates here by reference all averments of this Complaint.

19. Defendant, by and through an agent, acted intentionally and recklessly by yelling at Plaintiff, leaving the desk to get to a closer proximity to Plaintiff, and by punching the Plaintiff in the chest.

20. Defendant's actions were extreme and outrageous.

21. As a direct result, Plaintiff suffered and continues to suffer severe emotional distress.

WHEREFORE, Plaintiff prays judgment in excess of $50,000.00

## CLAIM IV – CORPORATE NEGLIGENCE

22. Plaintiff incorporates here by reference all averments of this complaint.

23. Defendant owed a duty of care to Plaintiff. These duties include but is not limited to, maintaining safe facilities, hiring competent staff, and overseeing competent staff.

24. Defendant breached their duty to Plaintiff in multiple ways, including but not limited to:

    a.  failing to prevent harm to Plaintiff.

    b.   failing to hire competent staff.

    c.   failing to adequately train and supervise employees and agents.

    d.   failing to oversee competent staff.

25. As a result of the Defendant's negligence, the plaintiff suffered injuries and impairment of functions, including but not limited to, extreme pain, and a potential chipped clavicle.

26. As a result of the negligence of the defendant, Plaintiff has sustained, and will continue to sustain:

    a.   pain and suffering of life's pleasures;

    b.   impairment of functions;

    c.   loss of earnings and earning capacity; and

    d.   expenses for medication and medical attention

WHEREFORE, Plaintiff prays judgment in excess of $50,000.00

Respectfully Submitted,


JOHN NEUMANN HCKEY

## VERIFICATION

I, Kathleen Makowka, hereby verify and say that the statements made in the foregoing documents are true and correct to the best of my knowledge, information, and belief. This verification is made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Kathleen Makowka

LAW OFFICE OF JOHN NEUMANN HICKEY
BY: JOHN NEUMANN HICKEY, ESQUIRE
ATTORNEY ID 61896
20 WEST FRONT STREET
MEDIA, PA 19063
610-891-8883
JNH@HICKEYLAW.NET                                                    Attorney for Plaintiff
IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION


KATHLEEN MAKOWKA                    :
113 SHILLING AVE                    :   Jury Trial Demanded
MALVERN PA 19355                    :   No. 201001749
                    Plaintiffs,    :
        v.                          :
PRIMEFLIGHT AVIATION SERVICES, INC  :
THREE SUGAR CREEK CENTER            :
SUITE 450                           :
SUGAR LAND, TX 77478                :
                    Defendant,     :

### CERTIFICATE OF SERVICE

I, John Neumann Hickey, Esquire, attorney for Plaintiff in the above captioned matter,

certify that a true and correct copy of the foregoing **COMPLAINT** was served on the attorneys

for the Defendant, Patricia J. Baxter, Esq. and Nathan R. Bohlander, Esq., via Philadelphia's E-

filing system.


Date: 1/25/21
2/15/21
                                        _____
                                        JOHN NEUMANN HICKEY

PATRICIA J. BAXTER
Attorney I.D. No. 83683
NATHAN R. BOHLANDER
Attorney ID No. 312509
**MORGAN & AKINS, PLLC**
The Graham Building
30 South 15th Street, Suite 701
Philadelphia, PA  19102
(215) 600-1234
pbaxter@morganakins.com
nbohlander@morganakins.com
*Attorneys for Defendant, PrimeFlight Aviation Services, Inc. (incorrectly designated as "Prime Flight Aviation Services, Inc.")*

*Filed and Attested by the Office of Judicial Records 22 JAN 2021 02:34 pm S. RICE*

|  |  |  |
|---|---|---|
| **KATHLEEN MAKOWKA** | : | **IN THE COURT OF COMMON PLEAS** |
|  | : | **PHILADELPHIA COUNTY** |
| **Plaintiff,** | : |  |
|  | : |  |
| **vs.** | : | **OCTOBER TERM, 2020** |
|  | : |  |
| **PRIME FLIGHT AVIATION** | : |  |
| **SERVICES, INC.** | : | **NO.:  1749** |
|  | : |  |
| **Defendant** | : |  |
|  | : | **JURY TRIAL DEMANDED** |
|  | : |  |
|  | : |  |
|  | : |  |

## PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE PROTHONOTARY:

Please enter a Rule upon Plaintiff, Kathleen Makowka, to file a Complaint within twenty

(20) days hereof or suffer the entry of a Judgment of Non Pros.

**MORGAN & AKINS, PLLC**

BY:   *s/Patricia J. Baxter*

       *s/Nathan R. Bohlander*

PATRICIA J. BAXTER, ESQUIRE
NATHAN R. BOHLANDER, ESQUIRE
*Attorneys for Defendant, PrimeFlight
Aviation Services, Inc. (incorrectly
designated as "Prime Flight Aviation
Services, Inc.")*

Dated: <u>January 22, 2021</u>

## <u>RULE TO FILE COMPLAINT</u>

AND NOW, this _____ day of _____, 2021, a Rule is hereby granted upon Plaintiff to file a Complaint herein within twenty (20) days after service hereof or suffer the entry of a Judgment of Non Pros.

_____
PROTHONOTARY



Case ID: 201001749

## CERTIFICATE OF SERVICE

I, Nathan R. Bohlander, Esquire, hereby certify that on this 22nd day of January, 2021, I electronically filed the foregoing Praecipe for Rule to File Complaint with the Prothonotary using the Philadelphia County Courts Electronic Filing System, which provides the foregoing Praecipe for Rule to File Complaint to the following party automatically.   The following party was also served with the Praecipe for Rule to File Complaint by electronic mail.

John Neumann Hickey, Esquire
Law Office of John Neumann Hickey
20 West Front Street
Media, PA 19063
*Counsel for Plaintiff, Kathleen Makowka*

**MORGAN & AKINS, PLLC**

BY:   */s/ Nathan R. Bohlander*

PATRICIA J. BAXTER, ESQUIRE
NATHAN R. BOHLANDER, ESQUIRE
*Attorneys for Defendant, PrimeFlight
Aviation Services, Inc. (incorrectly
designated as "Prime Flight Aviation
Services, Inc.")*

Dated: January 22, 2021



*Filed and Attested by the
Office of Judicial Records
12 JAN 2021 01:54 pm
I. LOWELL*

**LAW OFFICE OF JOHN NEUMANN HICKEY**
**BY: JOHN NEUMANN HICKEY**
ATTORNEY I.D. NUMBER 61896
20 WEST FRONT STREET
MEDIA PA 19063
(610) 891-8883                                              Attorney for Plaintiff

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CIVIL DIVISION

KATHLEEN MAKOWKA            :
                  Plaintiff       :        No: 201001749
        V.                        :
PRIME FLIGHT AVIATION SERVICES, :
INC.                              :
                  Defendant       :

**RETURN OF SERVICE OF WRIT OF SUMMONS UPON DEFENDANT**

I , John Neumann Hickey, do hereby verify and say that I did serve the defendant, and out-of-state Corporation, with the Writ of Summons issued in the captioned case by United States Certified Mail Return Receipt Requested on 1/4/2021. See Exhibit A.

**Respectfully Submitted,**

**JOHN NEUMANN HICKEY**

Date:   1/12/21

# Exhibit A

Case ID: 201001749

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAN BUCARO, CEO PRIME FLIGHT
AVIATION SERVICES, INC
THREE SUGAR CREEK CENTER
SUITE 450
SUGAR LAND TX 77478

9590 9402 6197 0220 0387 10

2. Article Number (Transfer from service label)

7020 1810 0001 6790 4783

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Prime Flight            ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   Cowllcq                         1/4/2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

MAKOWKA

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.55
$                              $2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $  $0.00
☐ Certified Mail Restricted Delivery  $  $0.00
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $  $0.00
Postage   $0.55
$
Total Postage and Fees
$

Sent To  DAN BUCARO CEO FLIGHT
Street and Apt. No., or PO Box No.  THREE SUGAR CREEK CNTR, SUITE 450
City, State, ZIP+4®  SUGAR LAND TX 77478

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

0063
Postmark
Here
DEC 30 2020

PRIME

PATRICIA J. BAXTER
Attorney I.D. No. 83683
NATHAN R. BOHLANDER
Attorney ID No. 312509
**MORGAN & AKINS, PLLC**
The Graham Building
30 South 15th Street, Suite 701
Philadelphia, PA  19102
(215) 600-1234
pbaxter@morganakins.com
nbohlander@morganakins.com
*Entering Attorneys for Defendant, PrimeFlight Aviation Services, Inc. (incorrectly designated as "Prime Flight Aviation Services, Inc.")*



*Filed and Attested by the Office of Judicial Records 11 JAN 2021 09:38 am G. IMPERATO*

| | | |
|---|---|---|
| **KATHLEEN MAKOWKA** | : | **IN THE COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **OCTOBER TERM, 2020** |
| | : | |
| **PRIME FLIGHT AVIATION** | : | |
| **SERVICES, INC.** | : | **NO.:  1749** |
| | : | |
| **Defendant** | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | |
| | : | |

## ENTRY OF APPEARANCE / DEMAND FOR JURY TRIAL

TO THE PROTHONOTARY:

Kindly enter our appearances on behalf of Defendant, PrimeFlight Aviation Services, Inc. (incorrectly designated as "Prime Flight Aviation Services, Inc.") in the above matter.

Defendant, PrimeFlight Aviation Services Inc. (incorrectly designated as "Prime Flight Aviation Services, Inc.") respectfully demands a trial by a jury of twelve (12).

**MORGAN & AKINS, PLLC**

BY:  _/s/ Patricia J. Baxter_

_/s/ Nathan R. Bohlander_

PATRICIA J. BAXTER, ESQUIRE
NATHAN R. BOHLANDER, ESQUIRE
*Entering Attorneys for Defendant,*
*PrimeFlight Aviation Services, Inc.*
*(incorrectly designated as "Prime Flight*
*Aviation Services, Inc.")*

Dated: January 11, 2021

## CERTIFICATE OF SERVICE

I, Nathan R. Bohlander, Esquire, hereby certify that on this 11th day of January, 2021, I electronically filed the foregoing Entry of Appearance and Demand for Jury Trial with the Prothonotary using the Philadelphia County Courts Electronic Filing System, which provides the foregoing Entry of Appearance and Demand for Jury Trial to the following party automatically:

John Neumann Hickey, Esquire
Law Office of John Neumann Hickey
20 West Front Street
Media, PA 19063
*Counsel for Plaintiff, Kathleen Makowka*

MORGAN & AKINS, PLLC

BY:  */s/ Nathan R. Bohlander*

PATRICIA J. BAXTER, ESQUIRE
NATHAN R. BOHLANDER, ESQUIRE
*Entering Attorneys for Defendant,*
*PrimeFlight Aviation Services, Inc.*
*(incorrectly designated as "Prime Flight*
*Aviation Services, Inc.")*

Dated: January 11, 2020

**LAW OFFICE OF JOHN NEUMANN HICKEY**
**BY: JOHN NEUMANN HICKEY**
ATTORNEY I.D. NUMBER 61896
20 WEST FRONT STREET
MEDIA PA 19063
(610) 891-8883



*Filed and Attested by the*
*Office of Judicial Records*
*29 DEC 2020 11:00 am*
*M. RUSSO*

Attorney for Plaintiff

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CIVIL DIVISION

KATHLEEN MAKOWKA                    :
         Plaintiff          :          No: 201001749
  V.                                :
PRIME FLIGHT AVIATION SERVICES,     :
INC.                                :
         Defendant          :

PRAECIPE TO REISSUE SUMMONS

TO THE PROTHONOTARY:

    Kindly reissue the Summons for the above captioned case and forward to [  ] Sheriff or
[ x ] attorney.

Date:   12/29/20                    Respectfully Submitted,

                                  _____
                                  JOHN NEUMANN HICKEY

*Filed and Attested by the
Office of Judicial Records
23 OCT 2020 04:13 pm
E. SILIGRINI*

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

KATHLEEN MAKOWKA                    :
113 SHILLING AVE                    :
MALVERN PA 19355                    :
                                    :
                Plaintiff           :       JURY TRIAL DEMANDED
                                    :       NO:
                                    :
        v.                          :
PRIME FLIGHT AVIATION SERVICES, INC :
7135 CHARLOTTE PIKE                 :
SUITE 100                           :
NASHVILLE TN 37209                  :
                Defendant           :

_____

### PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONTARY:

        Issue summons in civil action in the above case and forward to
[   ] Sheriff or [X ] Attorney


                                    *John Neumann Hickey*
                                    _____
                                    Signature of Attorney / Pro Se

                        Name:       JOHN NEUMANN HICKEY

                        Address:    20 WEST FRONT STREET
                                    MEDIA, PA 19063

                        Telephone:  (610) 891-8883

Date: 10/23/2020        Attorney Supreme Court ID Number:  61896

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

| | | |
|---|---|---|
| KATHLEEN MAKOWKA | : | |
| 113 SHILLING AVE | : | |
| MALVERN PA 19355 | : | |
| Plaintiff | : | JURY TRIAL DEMANDED |
| | : | NO: |
| v. | : | |
| PRIME FLIGHT AVIATION SERVICES, INC | : | |
| 7135 CHARLOTTE PIKE | : | |
| SUITE 100 | : | |
| NASHVILLE TN 37209 | : | |
| Defendant | : | |

## SUMMONS IN CIVIL ACTION

TO:   PRIME FLIGHT AVIATION SERVICES INC

*YOU ARE NOTIFIED THAT THE ABOVE NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.*

DATE: 10/23/2020

_____
Prothonotary/Clerk Civil Division
BY: _____
                              Deputy





*Filed and Attested by the Office of Judicial Records 11 DEC 2020 05:49 pm R. SCHREIBER*

**LAW OFFICE OF JOHN NEUMANN HICKEY**
**BY: JOHN NEUMANN HICKEY**
ATTORNEY I.D. NUMBER 61896
20 WEST FRONT STREET
MEDIA PA 19063
(610) 891-8883                                      Attorney for Plaintiff

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CIVIL DIVISION

| | | |
|---|---|---|
| KATHLEEN MAKOWKA | : | |
| Plaintiff | : | No: 201001749 |
| V. | : | |
| PRIME FLIGHT AVIATION SERVICES, | : | |
| INC. | : | |
| Defendant | : | |

**RETURN/AFFIDAVIT OF SERVICE OF WRIT OF SUMMONS UPON DEFENDANT**

I , John Neumann Hickey, do hereby verify and say that I did serve the defendant, and out-of-state Corporation, with the Writ of Summons issued in the captioned case by United States Certified Mail Return Receipt Requested on October 26, 2020 pursuant to Pennsylvania Rules of Civil Procedure 404 and 403. The certified mail was returned to me marked "Refused". See Exhibit A.

Thereafter I mailed the Writ of Summons to the defendant and its address of 7135 Charlotte Pike Suite 100 Nashville, TN 37209 by ordinary United States Mail as is permitted pursuant to Pennsylvania Rule of Civil Procedure 403. The Writ of Summons was mailed in an envelope that contained my return address. It has been 15 days since the mailing of the Writ of Summons by ordinary mail and the ordinary mail has not been returned to me. Service of the Writ of Summons upon this defendant is now complete pursuant to Pennsylvania Rule of Civil Procedure 403.

Respectfully Submitted,

_____

**JOHN NEUMANN HICKEY**

Date:   12/11/20

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
MELISSA D SHINKLE - Notary Public
Delaware County
My Commission Expires Jul 21, 2024
Commission Number 1243547

# Exhibit A

Case ID: 201001749



LAW OFFICE OF
JOHN NEUMANN HICKEY

20 WEST FRONT STREET
MEDIA, PA 19063

RETURN RECEIPT
REQUESTED

7020 0090 0000 4847 7778

Dan Buscaro
President & CEO
Prime Flight Aviation Services, Inc.
7135 Charlot
Suite 100
Nashville, TN

U.S. POSTAGE P
FCM LETTER
MEDIA, PA
19063
OCT 26, 20
AMOUNT
$6.95
R2305P151275-7

1000        37209

0011/03/20

NIXIE      372    DE 1     0011/03/20

RETURN TO SENDER
UNABLE TO FORWARD

BC:  19065330520      *0197-03422-26-42

Case ID: 201001749

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAN BRUSCARD
PRESIDENT ICEO
PRIME FLIGHT AVIATION SVC. Inc
735 CHARLOTTE PK STI00
NOTSVILLE TN 37209

9590 9403 0713 5196 1621 54

2. Article Number (Transfer from service label)

7020 0090 0000 4847 7778

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

AID

**CERTIFICATE OF SERVICE**

  I, John Neumann Hickey, Esquire, do hereby certify that a true and correct copy of the

forgoing pleading was served upon all parties via REGULAR MAIL POSTAGE PAID:

Dan Bruscaro
President CEO
Prime Flight Aviation Service Inc.
7135 Charlotte Pike
Suite 100
Nashville TN 37209


Date: 12/11/20

       _____
       JOHN NEUMANN HICKEY, ESQUIRE
       Attorney for Plaintiff

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **OCTOBER 2020**      **001749** |
| E-Filing Number: 2010041368 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| KATHLEEN MAKOWKA | PRIME FLIGHT AVIATION SERVICES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 113 SHILLING AVE<br>MALVERN  PA 19355 | 7135 CHARLOTTE PIKE SUITE 100<br>NASHVILLE TN 37209 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

2O - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** OCT **23** 2020 **A. SILIGRINI** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES          NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: KATHLEEN MAKOWKA

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOHN N. HICKEY | 20 W FRONT ST<br>MEDIA PA 19063 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)891-8883 | (610)891-8923 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 61896 | jnh@hickeylaw.net |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *JOHN HICKEY* | Friday, October 23, 2020, 12:13 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

*Filed and Attested by the Office of Judicial Records 23 OCT 2020 12:13 pm A. SILIGRINI*

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENSYLVANIA
CIVIL ACTION – LAW

KATHLEEN MAKOWKA          :
113 SHILLING AVE          :
MALVERN PA 19355          :

                  Plaintiff    :    JURY TRIAL DEMANDED
                               :    NO:
        v.                     :
PRIME FLIGHT AVIATION SERVICES, INC :
7135 CHARLOTTE PIKE        :
SUITE 100                  :
NASHVILLE TN 37209         :
                  Defendant    :

---

### PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONTARY:

 Issue summons in civil action in the above case and forward to
[  ] Sheriff or [ X ] Attorney


*John Neumann Hickey*
_____
   Signature of Attorney / Pro Se

Name:  JOHN NEUMANN HICKEY

Address:  20 WEST FRONT STREET
     MEDIA, PA 19063

Telephone: (610) 891-8883

Date: 10/23/2020  Attorney Supreme Court ID Number:  61896

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW


IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

| | | |
|---|---|---|
| KATHLEEN MAKOWKA | : | |
| 113 SHILLING AVE | : | |
| MALVERN PA 19355 | : | |
| Plaintiff | : | JURY TRIAL DEMANDED |
| | : | NO: |
| v. | : | |
| PRIME FLIGHT AVIATION SERVICES, INC | : | |
| 7135 CHARLOTTE PIKE | : | |
| SUITE 100 | : | |
| NASHVILLE TN 37209 | : | |
| Defendant | : | |

## SUMMONS IN CIVIL ACTION

TO:   PRIME FLIGHT AVIATION SERVICES INC

***YOU ARE NOTIFIED THAT THE ABOVE NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.***


DATE: 10/23/2020        _____
                        Prothonotary/Clerk Civil Division
                        BY: _____
                                            Deputy



2010001749
23 OCT 2020 12:13 pm
A. SILIGRINI

# EXHIBIT B

Delaware.gov          Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

Allowable Characters

| HOME | | |
|---|---|---|
| | **Entity Details** | |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6507360 | Incorporation Date / Formation Date: | 9/11/2017 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | PRIMEFLIGHT AVIATION SERVICES, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | COGENCY GLOBAL INC. | | |
|---|---|---|---|
| Address: | 850 NEW BURTON ROAD SUITE 201 | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19904 |
| Phone: | 800-483-1140 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]         [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# TEXAS SECRETARY of STATE
## RUTH R. HUGHS

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 802846945 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | October 26, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32065252002 | **FEIN:** | 822808194 |

| | |
|---|---|
| **Name:** | PrimeFlight Aviation Services, Inc. |
| **Address:** | Three Sugar Creek Center Boulevard, Suite 450<br>Sugar Land, TX 77478 USA |
| **Fictitious Name:** | PrimeFlight of DE, Inc. |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | September 11, 2017 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| COGENCY GLOBAL INC. | 1601 Elm St., Suite 4360<br>Dallas, TX 75201 USA | |

[ Order ] [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT C

Kate Makowka - Senior Marketer - Ipsen | LinkedIn

 **Linked**in        Join now    Sign in

> Kate Makowka



...

# Kate Makowka

Senior Marketer at Ipsen

Greater Philadelphia Area · 500+ connections

Sign in to Connect

 Ipsen

 West Chester University of Pennsylvania

---

## About

Pharmaceutical Marketing Executive with 20+ years of experience in marketing, commercial operations, sales and sales management, as well as training. Proven performance in both product launch and product expansion. Highly skilled leader with a proven track record for creating award winning teams.

---

## Activity



**Pretty awesome!**

Liked by **Kate Makowka**



**Cancer knows no boundaries and so many of us have been personally touched by it, myself included. In 2020, about 1.8 million people in the United...**

Liked by **Kate Makowka**



**I am proud to recognize and celebrate World Cancer Day, as it reinvigorates our fight against the horrific diseases that still plague our planet...**

Liked by **Kate Makowka**

 **Linked** in

Join now   Sign in

Kate Makowka

# Experience



### Senior Marketing Leader
Ipsen

Feb 2019 - Present · 2 years 1 month

Boston, Massachusetts

Senior Marketing Leader, Managing the Portfolio of Products for Value & Access



### Senior Marketing Executive, VP
DL Technology

Jan 2017 - Mar 2018 · 1 year 3 months

Greater Philadelphia Area



### Corporate Projects, Commercial Lead
Otsuka Pharmaceutical Companies (U.S.)

2013 - 2017 · 4 years

Princeton New Jersey



### Senior Director, EpiPen Brand
Mylan Pharmaceuticals

2012 - 2013 · 1 year

Basking Ridge, NJ

Responsible for leading the strategic and tactical plan and programs developed by the brand team, including budget and forecast.



### Endo Pharmaceuticals
4 years

### Brand Lead, Voltaren Gel
2011 - 2012 · 1 year

Chadds Ford, PA

### Senior Manager, Customer Centric Marketing
2010 - 2011 · 1 year

### Senior Product Manager, FROVA Brand Team
Jul 2008 - Dec 2010 · 2 years 6 months

Circle of Excellence Award Recipient - Marketer of the Year



Join now | Sign in

Kate Makowka

### Senior Product Manager
2008 - 2009 · 1 year
Chadds Ford, PA
HCP and Field Sales Team Lead.


### Wyeth
7 years 7 months

### Product Manager II, Premarin Brand Team
Jan 2008 - Jun 2008 · 6 months

### Product Manager, Lybrel Brand Team
Mar 2006 - Jan 2008 · 1 year 11 months
2007 Wyeth President's Leadership Award Recipient

### District Manager, Women's Health Care Division
Dec 2003 - Mar 2006 · 2 years 4 months
Regional Achievement Award

### Training Manager, WHC/Specialty Divisions
Dec 2000 - Dec 2003 · 3 years 1 month


### Training Manager, Women's Health Care Division
Organon Pharmaceuticals
1999 - 2000 · 1 year


### Ortho-McNeil Pharmaceutical
3 years 7 months

### District Product Manager, Terazol
Jul 1998 - Dec 1999 · 1 year 6 months

### Territory Sales / Hospital Representative
Jun 1996 - Dec 1999 · 3 years 7 months
1997 Rookie of the Year for the Northeast Region

### Regional Trainer, NE Region
Mar 1997 - Dec 1998 · 1 year 10 months



| Kate Makowka |
| --- |

 Communications · Marketing
1989 - 1994

---

## Groups

 **Career Consulting by Andrea**
-

---

## Recommendations

A preview of what LinkedIn members have to say about Kate:

" Kate and I worked together over 5 years and 3 brands, and the word "dynamo" only begins to describe her as a leader. Kate fearlessly tackles innovative new frontiers -- such as planning and executing the kind of digital marketing and advertising strategies we worked on together -- and expertly manages brand development and launch like the pro she is. Kate's command over cross-functional team-building is rooted in learning the strengths of her team members and empowering and entrusting them to do what's best to achieve results...and decisively shifting responsibilities if the situation requires it. Kate's instincts are uncannily on-point, and she knows how to communicate through those instincts to get what she wants from her team. I'd work with Kate again in a heartbeat. She's a total winner.

" I have had the pleasure of working with Kate Makowka over the past few years on a variety of projects and have found her knowledge of marketing and project management to be very well rounded. She balances strategic initiatives and tactical realities so that both internal and external customer needs are met. She expertly develops and follows through on project planning and timelines so that she can successfully manage simultaneous, complex projects serving multiple audiences. Above all, Kate is a real pleasure to work with and is a true team player.

4 people have recommended Kate

Sign in to view

---

## View Kate's full profile

⚭ See who you know in common